UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FENG GUO,

　　　　　Petitioner,

　　v.

CHRISTOPHER CHESTNUT, et al.,

　　　　　Respondents.

No.  1:26-cv-01152-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 15)

Petitioner Feng Guo is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 15.)  Specifically, the assigned magistrate judge found that, based on the same reasoning set forth in the undersigned's prior orders granting petitioner's motion for temporary restraining order (Doc. No. 12), the pending petition for habeas relief should be granted.  (Doc. No. 15 at 3–4.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 5.)

On March 30, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 16.)  Those objections consist of respondents stating only that they

1

object for the same reasons stated in their previous briefing. (*Id.* at 1.) Additionally, respondents cite out-of-circuit authority supporting their position that petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b) (*id.* at 1–2), however the undersigned has previously rejected the reasoning of such authority. *See Wasef v. Chestnut*, No. 1:26-cv-01078-DAD-JDP (HC), 2026 WL 392389 (E.D. Cal. Feb. 12, 2026). Accordingly, the court concludes that respondents' objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1.    The findings and recommendations issued on March 25, 2026 (Doc. No. 15) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the government will bear the burden to demonstrate petitioner is a danger to the community or flight risk by clear and convincing evidence; and

3.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE